IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JONATHAN ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER et al.,<br><br>Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-1082 DB<br><br>District Judge Dee Benson |

Plaintiff, inmate Jonathan Anderson, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Complaint under § 1915(e), in an Order dated June 27, 2014, the Court determined Plaintiff's Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has yet to amend his complaint.  In fact, the Court has not heard from him at all since March 13, 2014, when he filed a request for entry of default judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 30th day of October, 2014.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court